428 A.2d 242

Commonwealth v. Johnson, Appellant.

574

■ Submitted December 31, 1977. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Before WATKINS, P. J., and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

Judgment of sentence affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.